■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES REED, Appellant. [976 NYS2d 894]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed February 17, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Rivera, Roman and Sgroi, JJ., concur.